JIMMIE FRIERSON v. TEL-STAR SANITATION CO., INC.

November 6, 1978. Petition for certification denied.

RICHARD C. GOODWIN v.
MIDLANTIC MORTGAGE CORPORATION.

November 6, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ESTA PACE.

November 6, 1978. Petition for certification denied.

MAXINE COHEN v. E. SHELDON COHEN.

November 6, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. MOSES GREEN.

November 6, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT LEE BROWN.

November 6, 1978. Petition for certification denied.